PAUL M. WARNER, United States Attorney (#3389)
JONATHAN C. BOYD, Assistant United States Attorney (#8786)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2005 AUG 10 P 1: 55

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLAINE DEE BARNETT,<br><br>Defendant. | Judge Ted Stewart<br>DECK TYPE: Criminal<br>DATE STAMP: 08/10/2005 @ 12:01:03<br>CASE NUMBER: 1:05CR00102 TS<br><br>I N D I C T M E N T<br><br>VIO. 29 U.S.C. § 501(c),<br>EMBEZZLEMENT AND THEFT OF<br>LABOR UNION ASSETS IN THE<br>PRIVATE SECTOR |

The Grand Jury charges:

COUNT I

On or about August 22, 2000, in the Northern Division of the District of Utah,

BLAINE DEE BARNETT,

defendant herein, while an officer, that is Secretary-Treasurer, of the Brotherhood of Locomotive

Engineers, AFL-CIO, Division 374, a labor organization engaged in an industry affecting

commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use

the moneys, funds, securities, property, and other assets of said labor organization in the

approximate amount of $600;

All in violation of Title 29, United States Code, Section 501(c).

## COUNT II

On or about August 23, 2000, in the Northern Division of the District of Utah,

BLAINE DEE BARNETT,

defendant herein, while an officer, that is Secretary-Treasurer, of the Brotherhood of Locomotive Engineers, AFL-CIO, Division 374, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $500;

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
JONATHAN C. BOYD
Assistant United States Attorney

2